UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

Criminal No. 25-mj-30556

v.

Samer Succar,

    Defendant.

_____/

## MOTION TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

    Respectfully submitted,

    Jerome F. Gorgon Jr.
    United States Attorney

    *s/Corinne M. Lambert*
    Corinne M. Lambert, P74285
    Special Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    Corinne.Lambert@usdoj.gov
    (313) 226-9129

Dated: October 6, 2025