UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                    Criminal No. 25-mj-30556

Samer Succar,

    Defendant.
_____/

**ORDER UNSEALING THE COMPLAINT AND ARREST WARRANT**

For the reasons stated in the government's motion, it is ordered that the Complaint, Arrest Warrant, and all attendant papers be unsealed.

**IT IS SO ORDERED.**

                                                  s/Elizabeth A. Stafford

                                                  Elizabeth A. Stafford
                                                  United States Magistrate Judge

Entered: October 6, 2025