UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
EASTERN DIVISION

Unites States of America,   Case No. 2:25-mj-30556

                                        Hon.

         Plaintiffs,

v.

SAMER SUCCAR;

         Defendant.

| Karin Lambert | Fadwa Hammoud (P74185) |
|---|---|
| Assistant United States Attorney | Erin K. Lane (P75822) |
| Attorneys for Plaintiff | MILLER JOHNSON |
| 211 W. Fort Street | Attorneys for Defendant |
| Suite 2100 | 500 Woodward Ave., Ste. 3600 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9100 | (313) 435-2482 |
| | hammoudf@millerjohnson.com |
| | lanee@millerjohnson.com |

## Notice of Appearance

Erin K. Lane enters her appearance as counsel for Defendant, Samer Succar.

                         MILLER JOHNSON
                         Attorneys for Defendants

Dated:  October 17, 2025        By    /s/ Erin K Lane
                                           Erin K. Lane (P75822)
                                 Business Address:
                                       500 Woodward Ave., Suite 3600
                                       Detroit, Michigan  48226
                          Telephone:  (313) 435-2482
                                       lanee@millerjohnson.com

## Certificate of Service

Erin K. Lane certifies that, on October 17, 2025, the foregoing *Notice of Appearance* was served upon the attorney(s) of record pursuant to this Court's electronic e-filing system.

                                               MILLER JOHNSON
                                               Attorneys for Defendant

Dated:  October 17, 2025        By   /s/ Erin K Lane
                                                         Erin K. Lane (P75822)
                                             Business Address:
                                                 500 Woodward Ave., Suite 3600
                                                 Detroit, Michigan  48226
                                           Telephone:  (313) 435-2482
                                                 lanee@millerjohnson.com